STATE v. DENNY

No. 345 PC

Case below: 47 NC App 207

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 September 1980.


STATE v. DIXON

No. 62

Case below: 47 NC App 207

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 September 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 16 September 1980.


STATE v. DIXON

No. 259 PC

Case below: 47 NC App 207

Petition by defendants for discretionary review under G.S. 7A-31 denied 15 August 1980.


STATE v. EDENS

No. 356 PC

Case below: 47 NC App 374

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 September 1980.


STATE v. EFIRD

No. 308 PC

Case below: 37 NC App 66

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 15 August 1980.